AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

Southern District of Iowa

**Received
U.S. Marshals Service
Southern District of Iowa
2:32 pm, Mar 09 2022**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   3:22-cr-26 |
| | ) |
| Shannon Allen | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Shannon Allen                                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
   21:846, 841(b)(1)(A) - Conspiracy to Distribute Controlled Substances

WARRANT ISSUED

JOHN S. COURTER, Clerk

Date:   03/09/2022

By: _Asche Mipler_
DEPUTY CLERK

City and state:   Davenport, Iowa

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/10/22 , and the person was arrested on *(date)* 3/10/22 at *(city and state)* MOSAVE COUNTY . |

Date:   3/11/22

_Scott Mipled_ Ry DIR
*Arresting officer's signature*

SCOTT SHEPHERD DUSM
*Printed name and title*